Joel P. Waelty (SBN 226728)
LAW OFFICES OF JOEL P WAELTY
2030 N. Pacific Ave Ste D
Santa Cruz, CA 95060
Tel.: (408) 752-2003
Fax: (408) 290-8992
E-Mail: joel@waeltylaw.com

Attorneys for Plaintiff
JOSEPH ZIDAREVICH

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –SAN JOSE

| | |
|---|---|
| JOSEPH ZIDAREVICH, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE GROUP (USA) LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 5:25-cv-06591-SVK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ~~[PROPOSED]~~ ORDER** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JOSEPH ZIDARVICH ("Plaintiff") and Defendant ENCORE GROUP (USA) LLC ("Defendant") hereby stipulate and agree that this Civil Action be dismissed in its entirety with prejudice, and with each party to bear their own fees and costs.

Dated: September 2, 2026

DINSMORE

*/s/ signed electronically*
rachel.mcclintock@dinsmore.com
Rachel L. McClintock
Attorney for Defendant
ENCORE GROUP (USA) LLC

Dated: September 2, 2026

LAW OFFICES OF JOEL P WAELTY

*/s/ Joel P. Waelty*
joel@waeltylaw.com
Attorney for Plaintiff
JOSEPH ZIDAREVICH

***e-filed on behalf and with the express concurrence of all stipulating counsel. L.R. 5-4.3.4(a)(2)(i)**

**~~[PROPOSED]~~ ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff JOSEPH ZIDAREVICH's Civil Action against Defendant ENCORE GROUP (USA) LLC be and is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: September 2, 2026

SUSAN VAN KEULEN
Judge of the District Court